UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE C. SHOVE, SR., | No.  2:24-cv-1628 CKD P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  The events which form the basis of plaintiff's claims occurred in Marin County making the United States District Court for the Northern District of California the most appropriate forum for this action.  See 28 U.S.C. § 1391(b).

Accordingly, and in the interests of justice pursuant to 28 U.S.C. § 1404(a), IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

Dated:  September 5, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
shov1628.21a

1